UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| **MARIE MORGAN,** | **CIVIL ACTION NO. 5:24-CV-93-KKC** |
| **Plaintiff,** | |
| v. | **JUDGMENT** |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

\*\*\* \*\*\* \*\*\*

In accordance with the Order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1. Morgan's motion for summary judgment and appeal (DE 10) are DENIED;

2. the decision of the Commissioner is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g), in that it was supported by substantial evidence; and

3. the case is hereby DISMISSED and STRICKEN from the docket; and

4. this judgment is FINAL and APPEALABLE.

This 6th day of February, 2025.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY